Local Form 1 					September 2021

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 22-30421 |
| | ) | Chapter 7 |
| JEFFREY MARSHALL ADAMS, | ) | **NOTICE OF OPPORTUNITY** |
| | ) | **FOR HEARING** |
| | ) | (No Protest Notice: No Hearing Will Be |
| Debtor(s). | ) | Held Unless Request For Hearing is Filed) |

**TAKE NOTICE** that the Trustee has filed a First Interim Application for Approval of Attorney Fees and Expenses for Essex Richards, P.A. as Attorney to the Trustee, Through June 15, 2023. A copy of these paper(s) is included with this notice or copied on the reverse side of the notice.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Application, or if you want the court to consider your views on the Application, then on or before **July 13, 2023,** you or your attorney must do three (3) things:

1. **File with the Court a written response requesting that the Court hold a hearing and explaining your position.** File the response at:

   U.S. Bankruptcy Court, 401 W. Trade St., Suite 2500, Charlotte, NC 28202

   If you mail your request to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. **On or before the date stated above for written responses, you must also mail or fax a copy of your written request to:**

   Heather W. Culp, 1701 South Boulevard, Charlotte, NC 28203 (fax: 704-372-1357)

   U.S. Bankruptcy Administrator, 401 W. Trade Street, Suite 2400, Charlotte, NC 28202-1669 (fax: 704-344-6666)

3. **Attend the hearing scheduled for August 7, 2023, at 9:30 a.m.** at the U.S. Bankruptcy Court, Courtroom 2B, 401 W. Trade Street, Charlotte, NC 28202.

If you or your attorney do not take these steps, **A HEARING WILL NOT BE HELD**, and the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATED: June 29, 2023            /s/Heather W. Culp
                                Heather W. Culp, NC Bar No. 30386
                                Chapter 7 Trustee/Attorney for Trustee
                                Essex Richards, P.A.
                                1701 South Boulevard
                                Charlotte, North Carolina 28203
                                Telephone: (704) 377-4300
                                Facsimile: (704) 372-1357
                                E-mail: Heather.Culp@essexrichards.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                           ) Bankruptcy No. 22-30421
                                                 )
JEFFREY MARSHALL ADAMS,                          ) Chapter 7
                                                 )
_____Debtor.____)

**FIRST INTERIM APPLICATION OF ESSEX RICHARDS, P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEY TO THE TRUSTEE THROUGH JUNE 15, 2023**

Name of Applicant: Essex Richards, P.A.

Authorized to Provide Professional Services to: Heather W. Culp, Trustee

Date of Order Appointing Attorney: September 2, 2022

Period for which compensation and reimbursement are sought: October 18, 2023 through June 15, 2023

Amount of compensation sought as actual, reasonable and necessary: $5492.50

Amount of expense reimbursement sought as actual, reasonable and necessary: $425

Total amount of compensation and expense reimbursement: $5,917.50

This is a/an: ___ monthly   _X_ interim   ___ final application

This is the first interim application for allowance of compensation and expenses filed by Essex Richards, P.A.

2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In re:                                           )        Bankruptcy No. 22-30421
                                                 )
JEFFREY MARSHALL ADAMS,                          )        Chapter 7
                                                 )
                        Debtor(s).               )

## FIRST INTERIM APPLICATION OF ESSEX RICHARDS, P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEY TO THE TRUSTEE, THROUGH JUNE 15, 2023

Heather W. Culp, Trustee, files this First Interim Application for Allowance of Compensation and Reimbursement of Expenses for Essex Richards, P.A. requesting approval of payment of attorney fees and reimbursement of expenses and shows the Court as follows:

1. On September 2, 2023, the Debtor filed a voluntary petition in this Court for relief under Chapter 7 of the Bankruptcy Code.

2. On October 21, 2022, this Court entered an Order appointing Essex Richards, P.A. as attorneys for the Trustee in this case [Doc. 14].

3. Essex Richards, P.A. rendered reasonable, necessary and valuable services as attorney for the Trustee in the administration of this Chapter 7 case, appearing at various legal proceedings, preparing necessary legal documents, and generally attending to the legal matters raised in the Chapter 7 base case.

4. More specifically, as set out in the description of time expended and expenses advanced in Exhibit A attached, the legal professionals at Essex Richards, P.A. spent a total of 19.4 hours in the administration of this case.

| Name of professional | Hourly rate | Time Spent | Total |
|---|---|---|---|
| Heather W. Culp, Attorney (HWC) | $350 | 9.9 | $3,465 |
| David R. DiMatteo, Attorney (DRD) | $275 | .8 | $220 |
| Stephen H. Morris, Attorney (SHM) | $425 | .3 | $127.50 |
| Cynthia A. Baker, NC State Bar Certified Paralegal (CAB) | $200 | 8.4 | $1,680 |

5. Exhibit A includes a list of each Essex Richards professional who provided services during the interim period and the total hours worked by each professional.

6. The Trustee respectfully submits the value of attorney Heather W. Culp's services at $350/hour; attorney David R. DiMatteo's services at a reduced rate of $275/hour; attorney Stephen H. Morris at $425/hour; and paralegal Cynthia A. Baker's services at

3

$200/hour.

7. A summary of the qualifications and experience of the professionals referenced above is available upon request to the Trustee.

8. Essex Richards, P.A. charged for its services and expenses in a manner and at rates consistent with charges made generally to the firm's other clients. In the Trustee's opinion, these charges are reasonable, necessary, valuable, and appropriate.

9. Essex Richards, P.A. has not filed any prior requests for compensation in this case.

10. The costs and expenses for which reimbursement is sought include an estimate for copying and postage of the notice of trustee's final report because the Trustee is hopeful that Essex Richards, P.A. will render no further services in the administration of this case and thus no further application will be necessary.

11. In accordance with the factors enumerated in 11 U.S.C. § 330, the amount requested is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

WHEREFORE, the Trustee requests that the Court enter an order:

1. allowing as an administrative expense in this case interim compensation of $5,492.50 for necessary professional services rendered to the Trustee through June 15, 2023, and allowing the sum of $425 for reimbursement of actual, necessary costs and expenses incurred through June 15, 2023;

2. authorizing the Trustee to pay to Essex Richards, P.A. as a cost of administration in this case the sum of $4,943.25 which is equal to **90%** of Essex Richards' allowed interim compensation and 100% of Essex Richards, P.A.'s allowed expense reimbursement through June 15, 2023; and

3. granting such other and further relief as may be just and proper.

This 29th day of June, 2023.        /s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
Chapter 7 Trustee/Attorney for Trustee
Essex Richards, P.A.
1701 South Blvd.
Charlotte, North Carolina 28203
Tel.: (704) 377-4300
Fax: (704) 372-1357
E-mail: Heather.Culp@essexrichards.com

4

**Essex Richards, P.A.**
1701 South Boulevard
Charlotte, NC 28203
United States
1-704-377-4300



**Culp Trustee 2019 Cases**
Charlotte, North Carolina

| | |
|---|---|
| **Balance** | $5,917.50 |
| **Invoice #** | 02236 |
| **Invoice Date** | June 28, 2023 |
| **Payment Terms** | Net 30 |
| **Due Date** | July 28, 2023 |

### (20446) HWC (Trustee) - Jeffrey Adams - ATTORNEY

For services rendered between
October 18, 2022 and June 15, 2023

## Time Entries

| Date | EE | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|
| 10/18/2022 | HWC | Draft e-mail to Lynn Tidwell requesting courthouse work | $350.00 | 0.1 | $35.00 |
| 10/20/2022 | HWC | Draft ex parte motion, dec, order to appoint ER attorney for trustee and delegate proofreading, filing and service to CAB | $350.00 | 1.1 | $385.00 |
| 10/21/2022 | CB | File ex parte motion and order to appoint Essex Richards, PA as attorney for trustee | $200.00 | 0.2 | $40.00 |
| 11/16/2022 | HWC | Draft notice, motion to extend discharge deadline | $350.00 | 0.3 | $105.00 |
| 11/16/2022 | HWC | Draft notice, motion to extend exemptions & valuations deadline | $350.00 | 0.3 | $105.00 |
| 11/16/2022 | CB | File motion to extend to file objection to discharge; file motion to extend time to file objection to exemptions | $200.00 | 0.3 | $60.00 |
| 12/02/2022 | CB | Prepare draft orders extending deadline to file objection to discharge and to file objection to exemptions/valuations | $200.00 | 0.4 | $80.00 |
| 12/03/2022 | HWC | Approve for filing CAB's draft discharge deadline order; suggest revision to draft CAB order re exemptions/valuation deadline | $350.00 | 0.1 | $35.00 |
| 12/05/2022 | CB | File orders to extend time to object to discharge and to objection to exemtions and valuations | $200.00 | 0.2 | $40.00 |
| 12/06/2022 | CB | File certificates of service RE: order extending deadline to object to discharge and order extending deadline to object to exemptions | $200.00 | 0.2 | $40.00 |
| 12/06/2022 | HWC | Approve two draft COSes (electronic signature) | $350.00 | 0.1 | $35.00 |
| 12/16/2022 | SHM | BW - Conference with Heather Culp about effect of deed to joint tenants; review deed; memo to Heather Culp. | $425.00 | 0.3 | $127.50 |
| 12/19/2022 | CB | Review file and emails; prepare draft motion to compel turnover and extend deadline to object to exemptions | $200.00 | 0.4 | $80.00 |


EXHIBIT A

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/19/2022 | HWC | Tweak CAB's draft exemption motion, turning it into an objection to exemptions | $350.00 | 0.4 | $140.00 |
| 12/19/2022 | CB | File objection to exemptions | $200.00 | 0.2 | $40.00 |
| 01/03/2023 | HWC | Review e-mail from Mr. Henderson advising his client will not respond to the pending objection to exemption; draft consent order for his review and consideration and advise we may move to abandon the policy | $350.00 | 0.4 | $140.00 |
| 01/04/2023 | CB | Receive email from Mr. Henderson agreeing to consent order; file consent order resolving trustee's objection to exemption of life insurance policy | $200.00 | 0.2 | $40.00 |
| 01/05/2023 | CB | Prepare and file certificate of service RE: Consent Order denying exemption in life insurance policy | $200.00 | 0.2 | $40.00 |
| 01/05/2023 | HWC | Approve draft COS for consent order re exemption | $350.00 | 0.1 | $35.00 |
| 01/18/2023 | CB | Email from trustee RE: extending deadline to object to discharge; prepare draft notice and motion | $200.00 | 0.3 | $60.00 |
| 01/18/2023 | CB | File motion and notice to extend deadline to object to discharge | $200.00 | 0.2 | $40.00 |
| 01/18/2023 | HWC | Revise draft motion to extend discharge objection deadline | $350.00 | 0.1 | $35.00 |
| 01/31/2023 | CB | Draft notice and motion to settle non-exempt equity in vehicles and Raymond James account; email to trustee | $200.00 | 0.5 | $100.00 |
| 01/31/2023 | HWC | Review draft 9019 motion re non-exempt equity in vehicles; draft e-mail to Mr. Henderson seeking comment on attached draft motion | $350.00 | 0.3 | $105.00 |
| 02/01/2023 | CB | Check response to motion to extend discharge; prepare draft order and email to trustee for review | $200.00 | 0.2 | $40.00 |
| 02/02/2023 | HWC | Review e-mail from Mr. Henderson approving draft 9019 motion and ccing Debtor so that he knows we ask for receipt of the Raymond James funds by 2/10; ask CAB to file the motion tomorrow | $350.00 | 0.1 | $35.00 |
| 02/03/2023 | CB | File motion to settle non-exempt assets | $200.00 | 0.2 | $40.00 |
| 02/06/2023 | CB | File order extending deadline to object to discharge | $200.00 | 0.2 | $40.00 |
| 02/06/2023 | HWC | Approve for filing draft order extending discharge deadline | $350.00 | 0.1 | $35.00 |
| 02/07/2023 | CB | Serve Order extending deadline to object to discharge; file certificate of service | $200.00 | 0.2 | $40.00 |
| 02/07/2023 | HWC | Approve draft COS (electronic signature) re ex parte order extending discharge deadline | $350.00 | 0.1 | $35.00 |
| 02/21/2023 | CB | Draft Order Approving Settlement With The Debtor; email to trustee to review | $200.00 | 0.2 | $40.00 |
| 03/01/2023 | CB | Check objections to motion to settle; email proposed order to trustee to review for filing | $200.00 | 0.2 | $40.00 |
| 03/06/2023 | CB | File Order Granting Motion To Approve Settlement | $200.00 | 0.2 | $40.00 |
| 03/06/2023 | HWC | Revise draft order approving settlement of vehicle equity | $350.00 | 0.1 | $35.00 |
| 03/07/2023 | CB | File Certificate of Service RE: Order Granting Motion To Approve Settlement; calendar | $200.00 | 0.2 | $40.00 |
| 03/07/2023 | HWC | Suggest revision to draft COS for settlement order (electronic signature) | $350.00 | 0.1 | $35.00 |
| 03/10/2023 | CB | Prepare Report of Initial Deposit; file report | $200.00 | 0.2 | $40.00 |
| 03/10/2023 | HWC | Suggest revision to draft report of initial deposit (no charge) | $350.00 | 0.1 | $35.00 |
| 03/20/2023 | HWC | Research WDNC opinions on bonuses and NC law on property rights in bonuses, concluding that the Debtor's bonus is not property of the bankruptcy estate | $350.00 | 0.6 | $210.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/20/2023 | CB | Draft notice and motion to extend deadline to object to discharge through May 19, 2023 | $200.00 | 0.2 | $40.00 |
| 03/20/2023 | HWC | Complete draft motion to extend deadline to object to discharge; file it (0.1) | $350.00 | 1.1 | $385.00 |
| 03/21/2023 | HWC | Draft supplemental declaration in support of employment of ER as atty for trustee and circulate it to Mme. Laughrun and Bellamy for comment | $350.00 | 0.7 | $245.00 |
| 03/21/2023 | CB | File Supplemental Declaration of Heather W. Culp | $200.00 | 0.2 | $40.00 |
| 03/21/2023 | HWC | Research bases for certain claims objections (whether 502(b)(6) limitations apply to personal guaranties of lease agreements; sufficiency of attached documentation, particularly where claim is based on a writing that is not attached; non-consensual, judgment liens) | $350.00 | 1.1 | $385.00 |
| 03/21/2023 | HWC | Draft claims objections | $350.00 | 0.3 | $105.00 |
| 03/23/2023 | HWC | Revise and finalize draft claims objections and draft memo to CAB delegating proofreading, filing and serving | $350.00 | 0.1 | $35.00 |
| 03/24/2023 | CB | File Notice and Claim Objections | $200.00 | 0.2 | $40.00 |
| 03/24/2023 | CB | Review and proofread notice and claim objections | $200.00 | 0.3 | $60.00 |
| 04/03/2023 | CB | Review docket for objections to motion to extend discharge deadline; prepare draft order extending through May 19, 2023; email to Trustee | $200.00 | 0.2 | $40.00 |
| 04/03/2023 | HWC | Revise draft order extending discharge objection deadline | $350.00 | 0.2 | $70.00 |
| 04/04/2023 | CB | File order extending deadline to object to debtor's discharge | $200.00 | 0.2 | $40.00 |
| 04/05/2023 | CB | Prepare and file Certificate of Service RE: Order extending discharge deadline | $200.00 | 0.2 | $40.00 |
| 04/05/2023 | HWC | Approve for filing draft COS (electronic signature) for order extending discharge objection deadline | $350.00 | 0.1 | $35.00 |
| 04/28/2023 | CB | File Order on Trustee's Objection to Claims 2 and 13 | $200.00 | 0.2 | $40.00 |
| 04/28/2023 | HWC | Draft claims order | $350.00 | 0.3 | $105.00 |
| 05/02/2023 | CB | File Certificate of Service RE: Order disallowing claims | $200.00 | 0.2 | $40.00 |
| 05/02/2023 | HWC | Revise draft COS (electronic signature) for claims order | $350.00 | 0.1 | $35.00 |
| 05/15/2023 | CB | Draft motion and notice to extend deadline to object to discharge | $200.00 | 0.4 | $80.00 |
| 05/18/2023 | HWC | Voice mail from Mr. Henderson left Monday 5/15 re status of documents requested; revise and approve for filing draft motion to extend discharge deadline | $350.00 | 0.1 | $35.00 |
| 05/18/2023 | CB | File motion to extend deadline to object to discharge and notice of opportunity | $200.00 | 0.2 | $40.00 |
| 05/30/2023 | HWC | Delegate to DRD handling a motion to compel docs & info from the Debtor, providing basic history and go-by docs | $350.00 | 0.4 | $140.00 |
| 05/31/2023 | DRD | Conf w/ HWC re: need for Motion to Compel (.1); Draft Motion to compel, notice and certificate of service (.7) | $275.00 | 0.8 | $220.00 |
| 06/01/2023 | HWC | Suggest revision to DRD's draft motion to compel and suggest sequencing (send draft to Mr. Henderson, give him a week or so to comply, file if there are still issues) | $350.00 | 0.5 | $175.00 |
| 06/01/2023 | HWC | Approve draft order extending deadline to object to discharge | $350.00 | 0.1 | $35.00 |
| 06/05/2023 | CB | File Order extending time for trustee to object to discharge | $200.00 | 0.2 | $40.00 |
| 06/07/2023 | HWC | Approve draft COS (electronic signature) for order extending discharge deadline | $350.00 | 0.1 | $35.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 06/15/2023 | CB | Draft notice and motion to extend deadline to object to debtors discharge | $200.00 | 0.4 | $80.00 |
| 06/15/2023 | CB | File notice of opportunity and motion to extend time to object to discharge | $200.00 | 0.2 | $40.00 |
| 06/15/2023 | HWC | Delegate to Ms. Baker drafting a notice and motion for another thirty day extension of the discharge deadline; suggest revision to the draft | $350.00 | 0.1 | $35.00 |
| 06/15/2023 | HWC | Revise draft notice and motion to extend discharge deadline | $350.00 | 0.1 | $35.00 |
| | | | Totals: | 19.4 | $5,492.50 |

## Expenses

| Date | Activity | Description | Line Total |
|---|---|---|---|
| 02/02/2023 | Copy Expense | Copy Expense | $88.00 |
| 02/03/2023 | Postage Expense | Postage Expense | $52.80 |
| 02/28/2023 | Paralegal Services | Denise Fellos (title search) | $91.00 |
| 03/21/2023 | Copy Expense | Copy Expense | $69.00 |
| 03/21/2023 | Postage Expense | Postage Expense | $55.20 |
| 03/24/2023 | Copy Expense | Copy Expense | $69.00 |
| | | Expense Total: | $425.00 |

| | |
|---|---|
| Time Entry Sub-Total: | $5,492.50 |
| Expense Sub-Total: | $425.00 |
| **Sub-Total:** | **$5,917.50** |
| **Total:** | **$5,917.50** |
| **Amount Paid:** | **$0.00** |
| **Balance Due:** | **$5,917.50** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I electronically filed the foregoing **NOTICE OF OPPORTUNITY FOR HEARING and FIRST INTERIM APPLICATION OF ESSEX RICHARDS, P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEY TO THE TRUSTEE, THROUGH JUNE 15, 2023** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered parties, including:

Shelley K. Abel, U.S. Bankruptcy Administrator
James H. Henderson, Attorney for the Debtor

    I further certify that the foregoing was served on the following parties below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service on June 29, 2023:

Jeffrey Marshall Adams
2719 Selwyn Ave., Apt. 18
Charlotte, NC  28209

    I further certify that the foregoing **NOTICE OF OPPORTUNITY FOR HEARING and FIRST INTERIM APPLICATION OF ESSEX RICHARDS, P.A. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ATTORNEY TO THE TRUSTEE, THROUGH JUNE 15, 2023 <u>without exhibits</u>** were served on the following parties by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service on June 29, 2023:

All on the attached matrix

                                               /s/Heather W. Culp
                                               Heather W. Culp
                                               NC Bar No. 30386
                                               Chapter 7 Trustee/Attorney for Trustee
                                               Essex Richards, P.A.
                                               1701 South Blvd.
                                               Charlotte, North Carolina 28203
                                               Telephone: (704) 377-4300
                                               Facsimile: (704) 372-1357
                                               E-mail: Heather.Culp@essexrichards.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0419-3<br>Case 22-30421<br>Western District of North Carolina<br>Charlotte<br>Tue Jun 27 14:01:45 EDT 2023 | ADP LLC<br>PO Box 842875<br>Boston, MA 02284-2875 | AFNI<br>1310 Martin Luther King Dr.<br>Bloomington, IL 61701-1465 |
| AT&T<br>POB 5014<br>Carol Stream, IL 60197-5014 | AWA Collections<br>PO Box 6605<br>Orange, CA 92863-6605 | Jeffrey Marshall Adams<br>2719 Selwyn Ave., Apt. 18<br>Charlotte, NC 28209-1760 |
| Adler Wallach & Associates Inc<br>1045 W Katella Avenue Ste 300<br>Orange, CA 92867-3565 | Alarm Service Company of America<br>1646 West Chester Pike, 31<br>West Chester, PA 19382-7979 | American Express<br>PO Box 1270<br>Newark, NJ 07101-1270 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | (p)BROCK & SCOTT  PLLC<br>8757 RED OAK BLVD SUITE 150<br>CHARLOTTE NC 28217-3977 |
| CPI Security<br>4300 Sandy Porter Rd.<br>Charlotte, NC 28273-3200 | Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Cintas<br>PO Box 630803<br>Cincinnati, OH 45263-0803 | Citibank American Airlines Visa<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | Citibank Best Buy<br>PO Box 6403<br>Sioux Falls, SD 57117-6403 |
| Citibank Costco Visa<br>PO Box 6716<br>Sioux Falls, SD 57117-6716 | Citibank Home Depot Card<br>PO Box 790345<br>Saint Louis, MO 63179-0345 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| City of Raleigh<br>Revenue Services-03<br>PO Box 590<br>Raleigh, NC 27602-0590 | Cotten Wright, Esq.<br>521 E. Morehead St., STE 440<br>Charlotte, NC 28202-2623 | Heather Culp<br>1701 South Blvd<br>Charlotte, NC 28203-4727 |
| Heather W. Culp<br>Essex Richards, P.A.<br>1701 South Boulevard<br>Charlotte, NC 28203-4727 | Daniel Colston<br>230 N. Elm Street<br>2000 Renaissance Plaza<br>Greensboro, NC 27401 | Daniel Colston, Esq.<br>320 N. Elm St., STE 2000<br>Greensboro, NC 27401 |
| Doug McClanahan, Esq.<br>3008 Anderson Dr., STE 170<br>Raleigh, NC 27609-7787 | Duke Energy<br>PO Box 1090<br>Charlotte, NC 28201-1090 | Enhanced Recovery Company LLC<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |

| | | |
|---|---|---|
| Epicentre SPE (Charlotte), LLC<br>c/o Kutak Rock LLP<br>Attn: Lisa M. Peters, Esq.<br>1650 Farnam Street<br>Omaha, NE 68102-2186 | Epicentre/CIM<br>4700 Wilshire Blvd<br>Los Angeles, CA 90010-3853 | Essex Richards P.A.<br>1701 South Blvd.<br>Charlotte, NC 28203-4727 |
| First Security Bank<br>314 N. Spring St.<br>Searcy, AR 72143-7703 | Foster-Caviness Foodservice<br>PO Box 35075<br>Greensboro, NC 27425-5075 | GFL Environmental<br>3741 Conquest Drive<br>Garner, NC 27529-9487 |
| Gena G. Morris, Esq.<br>525 N. Tryon, STE 700<br>Charlotte, NC 28202-0204 | Grabbagreen Franchising, LLC<br>ATTN: Legal Department<br>10789 N. 90th St., STE 202<br>Scottsdale, AZ 85260-6774 | James Henderson<br>The Henderson Law Firm, PLLC<br>2030 South Tryon Street<br>Suite 3h<br>NC<br>Charlotte, NC 28203-5290 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Ivy Exterminating<br>228 Atando Ave.<br>Charlotte, NC 28206-1907 |
| Jerry Bass Adams<br>1822 Robinson Ave.<br>Conway, AR 72034-5117 | KRG Toringdon Market, LLC<br>327 Hillsborough Street<br>Raleigh, NC 27603-1725 | Kahala Brands<br>9311 East Via De Ventura<br>Scottsdale, AZ 85258-3599 |
| Kane Realty Corporation<br>4321 Lassiter at North Hills Ave. #250<br>Raleigh, NC 27609-5782 | Keter Environmental Services<br>PO Box 417468<br>Boston, MA 02241-7468 | Kite Realty Group<br>ATTN: Justin Brinkman, Esq.<br>30 S. Meridian St., STE 1100<br>Indianapolis, IN 46204-3565 |
| Kite Realty Group<br>PO Box 743806<br>Atlanta, GA 30374-3806 | (p)KLARNA INC<br>ATTN BANKRUPTCY<br>PO BOX 8116<br>COLUMBUS OH 43201-0116 | Koury Corporation<br>2275 Vanstory St. #25<br>Greensboro, NC 27403-3675 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lisa M. Peters<br>c/o Kutak Rock LLP<br>1650 Farnam Street<br>Omaha, NE 68102-2186 | Lord Law Firm<br>1057 East Morehead Street, STE 120<br>Charlotte, NC 28204-2887 |
| MTY Food Group, Inc.<br>8210 Transcanada Road<br>St-Laurent, Quebec | MTY Franchising USA, Inc.<br>9311 E Via De Ventura<br>Scottsdale, AZ 85258-3599 | Mercantile Adjustment Bureau<br>165 Lawrence Bell Dr., STE 100<br>Buffalo, NY 14221-7900 |
| NC Department of Revenue<br>Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | Nancy Adams<br>9626 Longstone Lane<br>Charlotte, NC 28277-5738 | Nathan A. White, Esq.<br>1420 E. 7th St., STE 100<br>Charlotte, NC 28204-2408 |

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Oakmore at Selwyn HOA
c/o Kuester Management Group
PO Box 3340
Fort Mill, SC 29716-3340

PIEDMONT NATURAL GAS
4301 Yancey Rd 2ND FLOOR BANKRUPTCY
Charlotte, NC 28217-1762

(p)SCANA AND SUBSIDIARIES
220 OPERATION WAY
MAIL CODE C 222
CAYCE SC 29033-3701

Philip Miron, Esq.
901 N. University Ave.
Little Rock, AR 72207-6354

Phillips Investment Ventures, LLC
745 Birch Arbor Circle
Raleigh, NC 27604-1847

Piedmont Natural Gas
POB 1246
Charlotte, NC 28201-1246

Professional Recovery
5757 Phantom Dr., STE 330
Hazelwood, MO 63042-2429

Quality Sprinkler
10301 Old Concord Road
Charlotte, NC 28213-3632

Radius Global Solutions
500 N. Franklin Turnpike, STE 200
Ramsey, NJ 07446-1178

(p)REVEL SYSTEMS INC
ATTN GENERAL COUNSEL
600 PEACHTREE STREET NE
SUITE 3800
ATLANTA GA 30308-2218

SYSCO Food Services of Charlotte LLC
4500 Corporate Drive NW
Concord, NC 28027-9603

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

Sallie Mae
PO Box 3229
Wilmington, DE 19804-0229

Sawyers Products
2350 Ebenezer Road
Rock Hill, SC 29732-9214

Spectrio
PO Box 890271
Charlotte, NC 28289-0271

Spectrum Business
PO Box 4617
Carol Stream, IL 60197-4617

Tarheel Linen Service
PO Box 15028
Durham, NC 27704-0028

Trindel Investments, Inc.
230 N. Elm Street
2000 Renaissance Plaza
Greensboro, NC 27401

Trindel Investments, Inc.
Paul and Julie Trindel
5797 Meadow Pond Ct.
Summerfield, NC 27358-9178

U.S. Bankruptcy Administrator Office
401 W. Trade Street
Suite 2400
Charlotte, NC 28202-1633

USAA Savings Bank
PO Box 33009
San Antonio, TX 78265-3009

Unifirst
526 Piney Grove Rd.
Kernersville, NC 27284-2518

(p)US ATTORNEY'S OFFICE WDNC
227 W TRADE STREET
SUITE 1650
CHARLOTTE NC 28202-1698

United Wholesale Mortgage
PO Box 77404
Trenton, NJ 08628-6404

World Pay Integrated Payments
150 Mercury Village Drive
Durango, CO 81301-8955

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Brock & Scott PLLC<br>1315 Westbrook Place Drive<br>Winston Salem, NC 27103 | Chase<br>PO Box 15123<br>Wilmington, DE 19850 | (d)JPMCB Card<br>PO Box 15369<br>Wilmington, DE 19850 |
| Klarna<br>629 N High St. STE 300<br>Columbus, OH 43215 | PSNC Energy<br>PO Box 100256<br>Columbia, SC 29202-3256 | Revel Systems, Inc.<br>170 Columbus Ave., 4th Floor<br>San Francisco, CA 94133 |
| United States Attorney<br>227 West Trade Street<br>Carillon Bldg, Suite 1700<br>Charlotte, NC 28202-1648 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Heather Culp<br>1701 South Blvd<br>Charlotte, NC 28203-4727 | (u)Dollar Thrifty/JNR Adjustment<br>PO Box 948197 | (u)JNZR Enterprises, LLC |
| (u)JNZR GG1 LLC | (u)JNZR GG2 LLC | (u)JNZR GG3 LLC |
| (u)JNZR GG4 LLC | (u)KRG | (u)Middleswarth, Bowers & Co. LLP |

End of Label Matrix
Mailable recipients    85
Bypassed recipients     9
Total                  94